**VICTOR N. PIPPINS**
California State Bar No. 251953
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Victor_Pippins@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CASE NO. 08MJ1044 |
| )                               | |
| Plaintiff,          )          | |
| )                               | |
| v.                          )   | **NOTICE OF APPEARANCE** |
| )                               | |
| OSCAR JOAZHINO                ) | |
| DOMINGUEZ-BALTAZAR,       )     | |
| )                               | |
| Defendant.          )          | |
| )                               | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated: April 9, 2008

*/s/ Victor N. Pippins*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Victor_Pippins@fd.org

1

## **CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3  and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6          Copy to Defendant

7

8  Dated:  April 9, 2008                    _/s/ Victor N. Pippins_____
                                           Federal Defenders of San Diego, Inc.
9                                          225 Broadway, Suite 900
                                           San Diego, CA  92101-5030
10                                         (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
11                                         Victor_Pippins@fd.org email

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28